```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF GEORGIA
                      SAVANNAH DIVISION
```

ROLLA SHERMAN WILLHOIT and       *
DAWN WILLHOIT,                   *
                                 *
    Plaintiffs,                  *
                                 *     CV 424-168
        v.                       *
                                 *
OUKBU MRACH MAHARI; CHUPI        *
TRUCKING, LLC; and STATE FARM    *
MUTUAL AUTOMOBILE INSURANCE      *
COMPANY,                         *
                                 *
    Defendants.                  *

## O R D E R

Before the Court is Plaintiffs' motion for dismissal of Allstate Property and Casualty Insurance Company ("Allstate"). (Doc. 15.) The Court notes that Allstate is not a party to this action; thus, Plaintiff's motion is **DENIED**.

If Plaintiffs file a new motion naming the correct party, they are cautioned that as a general matter, Federal Rule of Civil Procedure 21 governs misjoinder and nonjoinder of parties, stating, in relevant part, "[T]he court may at any time, on just terms, add or drop a party." FED. R. CIV. P. 21. Alternatively, Rule 41 governs voluntary dismissals of actions, including dismissals against less than all parties. FED. R. CIV. P. 41(a); Jackson v. Equifax Info. Servs., LLC, No. CV 119-096, 2020 WL 476698, at *2 (S.D. Ga. Jan. 29, 2020).

Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiffs' motion for dismissal of Allstate (Doc. 15) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___18th___ day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA